■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN COLEMAN, Appellant. [863 NYS2d 601]—Application by the appellant pro se for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 6, 2007 (*People v Coleman*, 37 AD3d 489 [2007]), modifying a judgment of the County Court, Nassau County, rendered May 5, 2003.

Ordered that the appellant is granted leave to serve and file a brief on the issue of whether he was denied his right to be represented by counsel of his choice; and it is further,

Ordered that pursuant to County Law § 722, the following named attorney is assigned as counsel: Leon Tracy, 366 No. Broadway, Suite 410-No. D9, Jericho, N.Y. 11753-2826,

Ordered that assigned counsel shall serve and file a brief expeditiously in accordance with this Court's rules (*see* 22 NYCRR 670.1 *et seq.*) and written directions; and it is further,

Ordered that the application is held in abeyance in the interim. Spolzino, J.P., Ritter, Miller and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN COLEMAN, Appellant. [863 NYS2d 601]—Application by the appellant pro se for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 6, 2007 (*People v Coleman*, 37 AD3d 491 [2007]), affirming an order of the County Court, Nassau County, entered April 5, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Spolzino, J.P., Ritter, Miller and Dillon, JJ., concur.